LILLIAN SILHAN and JOSEPH SILHAN, Respondents, v. MARY GOLDSTEIN, as Administratrix, etc., of JACOB M. GOLDSTEIN, Late of the County of New York,

Deceased, Appellant.— Judgment unanimously affirmed, with costs   No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.